# United States District Court
Western District of Michigan
Southern Division

_____

| | |
|---|---|
| **Arthur D. Collins Jr.,** as Trustee of the Arthur D. Collins Jr. Revocable Trust, and | Case No. 1:24-cv-00018-PLM-SJB |
| **Sophia N. Shaw,** as Trustee of the Sophia N. Shaw Revocable Trust, | Hon. Paul L. Maloney |
| | Mag. Judge Sally J. Berens |
| Plaintiffs, | |
| v | |
| **Lake House 1, LLC,** a Michigan Limited Liability Company, | |
| **Benjamin Lurie and Sarah Lurie**, husband and wife, | |
| jointly and severally, | |
| Defendants. | |

## Stipulation and Order for Dismissal With Prejudice

The parties, having otherwise settled and resolved the claims among them, now hereby stipulate to the dismissal of the complaint with prejudice, without any award of attorneys' fees or costs.

IT IS SO STIPULATED AND APPROVED FOR ENTRY:

| Dated: August 15, 2024 | Dated: August 15, 2024 |
|---|---|
| /s/ James R. Bruinsma<br>James R. Bruinsma (P48531)<br>**MCSHANE & BOWIE, P.L.C.**<br>Attorneys for Plaintiffs<br>99 Monroe Avenue, N.W., Ste. 1100<br>Grand Rapids, MI  49503<br>jjb@msblaw.com<br>(616) 732-5000 | /s/ Nancy A. Temple<br>Nancy A. Temple<br>**KATTEN & TEMPLE, LLP**<br>Attorneys for Defendants<br>209 S. LaSalle Street, Suite 950<br>Chicago, IL 60604<br>ntemple@kattentemple.com<br>(312) 663-0800 |

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of counsel for the parties, as evidenced by their signatures above, it is hereby ordered that this case is dismissed with prejudice and without attorneys' fees and costs.

IT IS SO ORDERED.

Date: __August 16__, 2024                    __/s/ Paul L. Maloney__
                                             Hon. Paul L. Maloney
                                             United States District Judge

918773

—2—